GEORGE M. HARD, Respondent, *v.* EMMET DENSMORE et al., Appellants.

*Hard* v. *Densmore,* 40 App. Div. 621, appeal dismissed.
(Argued October 2, 1899; decided October 10, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal is frivolous, and that the Court of Appeals has no jurisdiction to hear it.

*McCurdy & Yard* for motion.

*Edward C. James* opposed.

Motion granted and appeal dismissed, with costs.